# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN C. ROCHA-CAZARES, | ) | CASE NO. CV 09-7520 (SS) |
| | ) | |
|     Plaintiff, | ) | JUDGMENT |
| | ) | |
|     v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
|     Defendant. | ) | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and the action is REMANDED for further proceedings consistent with the Court's Memorandum Decision and Order.

DATED: June 18, 2010

                                             /S/
                                      SUZANNE H. SEGAL
                                      UNITED STATES MAGISTRATE JUDGE