Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: brian_rohlfing.office@speakeasy.net

Attorneys for Plaintiff JUAN C. ROCHA-CAZARES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. ROCHA-CAZARES, <br><br> Plaintiff, <br><br> vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: CV 09-7520 (SS) <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

IT IS ORDERED

EAJA fees are awarded in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS ($4,500) subject to the terms of the stipulation .
DATE: 7/22/10

/S/
_____
THE HONORABLE SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

-1-